

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2014

No. 04-13-00843-CV

David V. **MARTINEZ**,
Appellant

v.

Clarissa Ann **RODRIGUEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-EM-505713
Honorable Olin B. Strauss, Judge Presiding

# O R D E R

Appellant's brief was originally due on March 3, 2014. On March 17, 2014, this court notified appellant, who is pro se, that the brief was late and stated he must, within ten days, provide a reasonable explanation for failing to timely file the brief. Appellant has not responded.

Accordingly, appellant is hereby ORDERED to show cause in writing, no later than April 18, 2014, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). If appellant does not respond by April 18, 2014, this appeal will be dismissed for lack of prosecution. *Id.*

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court